**F I L E D**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**1/16/2025**

**JEFFREY P. ALLSTEADT, CLERK**

Christina Eskandarian
3525 Foxglove Road
Glendale, CA 91206
christina.eskandarian@gmail.com
818-391-6478

January 16, 2025

The Honorable Judge David D. Cleary
United States Bankruptcy Court
Northern District of Illinois Eastern Division
Everett McKinley Dirksen United States Courthouse
219 S Dearborn St
Chicago, IL 60604

Re: **Objection to Chapter 15 Bankruptcy Proceedings – Unpaid PTO and Severance**
Case No: 24-18898

Dear Honorable Judge David D. Cleary,

I hope this letter finds you well. Firstly, I apologize for the late submission of my letter as the deadline was Tuesday, January 14, 2025. The delay is because my family has been negatively impacted by the devastating fires in Southern California. We lost power and were evacuated, so the completion and submission of my letter was thus delayed. I am writing to formally object to the Chapter 15 bankruptcy proceedings filed by The Lion Electric Company in Case No. 24-18898, due to the company's failure to pay earned wages (paid time off and severance) to its laid-off employees, including myself. This unpaid compensation has been a critical issue for my livelihood for over a month and needs to be addressed as part of the bankruptcy resolution process. This has become especially vital with the extra expenses I have incurred during the devastating fires here in Southern California.

## Background:

I was employed by Lion Electric from November 30, 2020 to December 1, 2024, at which time I was laid off as part of the company's workforce reduction. The termination date given occurred prior to the Chapter 15 filing. In accordance with company policy and my employment agreement, I was entitled to receive severance compensation as well as compensation for accrued wages (paid time off) upon termination of my employment. To date, neither my severance payment nor my accrued wages (paid time off) payout has been received.

Despite several attempts to resolve this matter directly with the company and all relevant parties, I have not received any acknowledgment of my claim or any indication that these owed amounts will be paid. As a result, I am concerned that these obligations will be overlooked or improperly prioritized in the context of the Chapter 15 bankruptcy proceedings.

**Legal Basis for Objection:**

Under both federal law and the terms of my employment, unpaid severance and accrued wages (paid time off) qualify as priority claims, specifically as wages or compensation owed to employees. As these claims fall under Section 507(a)(4) of the Bankruptcy Code, which prioritizes wage claims up to a certain amount, I believe that my owed severance and accrued wages (paid time off), should be recognized as a priority obligation in the bankruptcy process.

Additionally, under the Fair Labor Standards Act (FLSA), the Worker Adjustment and Retraining Notification Act (WARN), and additional California state laws, earned wages or paid time off earned through regular employment are considered wages, and any severance agreement or contractual obligation is a debt the company owes to former employees. Failure to address these claims could result in unfair treatment of employees who are entitled to compensation for their work and accrued benefits.

**Immediate Request for Relief:**

Given the above, I respectfully request that the Court:

Ensure that all owed earned wages (paid time off) and severance payments to me are included as part of the company's list of priority claims in the Chapter 15 bankruptcy proceedings.
Direct the debtor, The Lion Electric Company, to immediately provide full payment of the severance and earned wages (paid time off) amounts owed to me.
Appoint a representative or trustee to investigate the full scope of these outstanding obligations and to ensure they are properly accounted for in any proposed reorganization or liquidation plan.

This matter is of great importance to me. As a former employee, I am not only owed significant funds for my work but also continue to be impacted financially by the failure to receive these rightful payments. I trust the Court will take all appropriate action to ensure my rights are adequately protected in this bankruptcy case.

I would appreciate confirmation that my objection has been received and that steps will be taken to address this matter in the context of the proceedings.

Thank you for your attention to this serious issue. I am available for any further information or clarification that may be required.

Sincerely,

*Christina Eskandarian* (signature)

Christina Eskandarian
Grants & RFPs Specialist
The Lion Electric Company